1012

In the Matter of Constance A. STASZEWSKI, Debtor.

Constance A. STASZEWSKI v. UNIVERSITY OF CHICAGO.
No. 5615.

Circuit Court of Appeals, Seventh Circuit.
Sept. 4, 1935.

Kosbie & Bubacz, of Chicago, Ill., for appellant.

Tenney, Harding, Sherman & Rogers, of Chicago, Ill., for appellee.

Before PAGE, Circuit Judge, and LINDLEY, District Judge.

PER CURIAM.

This cause coming on to be heard upon the motion of Kosbie & Bubacz, attorneys for appellant, and upon stipulation of the parties hereto, through their respective counsel, and the court being fully advised in the premises, it is hereby ordered and adjudged that the appeal heretofore filed in this cause be, and the same is hereby, dismissed, without costs to any of the parties hereto. It is further ordered that the bond on appeal heretofore filed herein by the appellant be, and the same is hereby, canceled and held for naught.

The STATE OF OKLAHOMA upon Relation of Lewis R. MORRIS, County Attorney of Oklahoma County, Oklahoma, et al. v. The CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, a Corporation, et al.

No. 1184.

Circuit Court of Appeals, Tenth Circuit.
Oct. 30, 1935.

Stuart, Bell & Ledbetter and E. E. Blake, all of Oklahoma City, Okl., for appellants.

R. B. F. Hummer and M. D. Green, both of Oklahoma City, Okl., and Fred M. Carter, of Bartlesville, Okl., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.

Willie STEWART, Administrator of the Estate of Virgil Stewart, Deceased, v. UNITED STATES of America.

No. 1337.

Circuit Court of Appeals, Tenth Circuit.
Oct. 8, 1935.

William A. Tidwell, of Idabel, Okl., for appellant.

C. W. Miller, Asst. U. S. Atty., of Muskogee, Okl., for the United States.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.